Emma L. Morrissey, appellee, v. Raymond L. Morrissey, appellant. Gen. No. 40,430.

Opinion filed February 27, 1939.

Rathje, Hinckley, Barnard & Kulp, for appellant. William L. Quinlan, for appellee.

Mr. Presiding Justice Burke delivered the opinion of the court.